# UNITED STATES DISTRICT COURT
## District of Minnesota

Erika Vanesa Llango-Valverde

Petitioner,

v.

Pam Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01219 NEB/DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   Monica Jessenia S.-R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents immediately transfer Petitioner to Minnesota and release Petitioner in Minnesota, at a safe time and place, and with coordination

or at least two hours' advance notice to counsel. Release should occur as soon as practicable but not later than 24 hours after entry of this Order (because it is the Court's understanding that Respondents plan to return Petitioner to Minnesota today);

c. ORDERS that Respondents release Petitioner in Minnesota with all Petitioner's personal effects, including all personal property seized during Petitioner's arrest such as, but not limited to, immigration paperwork;

d. ENJOINS Respondents from imposing conditions of release on Petitioner; and

e. ORDERS that, within three days of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 2/10/2026

KATE M. FOGARTY, CLERK